IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.    CR. NO. 2:06cr156-MEF

[18 USC 922(g)(1)]

JOSEPH ANDRE PORTIER

**INFORMATION**

The United States Attorney for the Middle District of Alabama charges:

**COUNT 1**

On or about January 26, 2006, in Butler County, within the Middle District of Alabama,

JOSEPH ANDRE PORTIER,

defendant herein, having been convicted on or about June 11, 1998 in the United States District Court for the Northern District of Georgia, Case No. 1:97-CR-281-01-ODE, of possession with intent to distribute cocaine, a felony punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, that is, (a) a Smith and Wesson, model 686, .357 revolver, serial number ADB2472, and (b) a Maverick, 12 gauge shotgun, serial number MV03092C, in violation of Title 18, United States Code, Section 922(g)(1).

Andrew O. Schiff
Assistant United States Attorney