# UNITED STATES DISTRICT COURT
### For the Middle District of Alabama

RECEIVED
2006 OCT 18 A 11: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    No.: 2:06cr156-MEF
                                  :
JOSEPH ANDRE PORTIER              :

### CONSENT TO TRANSFER CASE
### FOR PLEA AND SENTENCE
(Under Rule 20(a))

I, Joseph Andre Portier, the above-named defendant, have been informed that an Information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of New Jersey, in which I am under arrest, being held, or present, and to waive trial in the Middle District of Alabama where the charge is pending.

Dated: Oct. 4, 2006, at Philadelphia, Pennsylvania,

_____
JOSEPH ANDRE PORTIER

_____
Witness   Kai N. Scott

_____
LISA EVANS LEWIS, ESQUIRE
Attorney For Defendant

To the Clerk:
District of New Jersey, AUSA is Diana Vondra Carrig, Esquire (856) 968-4927
To be consolidated with District of New Jersey case, Crim. No. 01-589 (JBS)

## APPROVED

_____              _____
CHRISTOPHER J. CHRISTIE                     LEURA GARRETT CANARY
United States Attorney                      United States Attorney
District of New Jersey                      Middle District of Alabama